IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Woods, Paul J

Printed: 7/22/08

Case Number: 06 B 14711
Judge: Goldgar, A. Benjamin
Filed: 11/9/06

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: April 15, 2008
Confirmed: January 9, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 3,445.64 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 289.43 |
| Priority: |  | 79.34 |
| Administrative: |  | 2,900.00 |
| Trustee Fee: |  | 176.03 |
| Other Funds: |  | 0.84 |
| Totals: | 3,445.64 | 3,445.64 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Peter F Geraci | Administrative | 2,900.00 | 2,900.00 |
| 2. | Illinois Dept of Revenue | Priority | 79.34 | 79.34 |
| 3. | Illinois Dept of Revenue | Unsecured | 33.27 | 0.00 |
| 4. | Lincoln Tech | Unsecured | 2,870.97 | 68.62 |
| 5. | Morraine Valley Community Coll | Unsecured | 957.86 | 22.89 |
| 6. | Cogent Financial | Unsecured | 3,332.63 | 79.66 |
| 7. | United States Dept Of Education | Unsecured | 4,947.67 | 118.26 |
| 8. | Collection Company Of America | Unsecured |  | No Claim Filed |
| 9. | Jc Christensen & Assoc | Unsecured |  | No Claim Filed |
| 10. | Medical Collections | Unsecured |  | No Claim Filed |
| 11. | Bally Total Fitness | Unsecured |  | No Claim Filed |
| 12. | Harris & Harris | Unsecured |  | No Claim Filed |
| 13. | NCO Financial Systems | Unsecured |  | No Claim Filed |
| 14. | NCO Financial Systems | Unsecured |  | No Claim Filed |
| 15. | Social Security Administration | Unsecured |  | No Claim Filed |
| 16. | Argent Healthcare Fin | Unsecured |  | No Claim Filed |
| 17. | Glen Oaks Hospital | Unsecured |  | No Claim Filed |
| 18. | Jackson Park Hospital | Unsecured |  | No Claim Filed |
|  |  |  | $ 15,121.74 | $ 3,268.77 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4.8% | 79.95 |
| 5.4% | 96.08 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Woods, Paul J

Printed: 7/22/08

Case Number:  06 B 14711
Judge:  Goldgar, A. Benjamin
Filed:  11/9/06

_____
$ 176.03

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

